# Court of Appeals
# of the State of Georgia

ATLANTA,   May 16, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1614. BULLUCK'S BEST BBQ AND CATERING, INC. A/K/A BULLUCK'S BEST BARBQ AND CATERING, INC. et al. v. FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR GLOBAL COMMERCE BANK.**

This dispossessory proceeding commenced in magistrate court. Following an unfavorable ruling, Bulluck's Best BBQ and Catering, Inc. appealed to the superior court. On January 25, 2016, the superior court entered an order requiring payment of rent and utilities into the registry of the court. Bulluck's Best BBQ and Catering filed a notice of appeal on January 29, 2016. Pretermitting whether Bulluck's Best BBQ and Catering was authorized to file a pro se notice of appeal when the court did not sign an order allowing its attorney to withdraw until February 16, 2016, we lack jurisdiction for a number of reasons.

First, because the case remains pending in the superior court, the order Bulluck's Best BBQ and Catering seeks to appeal is a non-final order which did not resolve all issues in the case. It therefore was required to follow the procedures for interlocutory review as set forth in OCGA § 5-6-34 (b). See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991).

Second, "appeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." (Punctuation omitted.) *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Where both discretionary and interlocutory application procedures apply, the applicant must

follow the interlocutory appeal procedure and obtain a timely certificate of immediate review before filing an application. See *Scruggs*, supra at 588-589 (1).

Bulluck's Best BBQ and Catering's failure to follow the proper appellate procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*   05/16/2016
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*